KAUFMAN DOLOWICH VOLUCK & GONZO, LLP
KATHERINE S. CATLOS, ESQ. SBN 184227
KATHLEEN HURLY, ESQ.  Bar No. 169907
351 California Street, Suite 500
San Francisco, CA 94104
Telephone:  (415) 402-0059
Facsimile:   (415) 402-0679

Attorneys for Defendant
THE PERMANENTE MEDICAL GROUP AND
VIKTOR NAIMAN, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER GOMES,<br><br>    Plaintiff,<br><br>    v.<br><br>THE PERMANENTE MEDICAL GROUP, VIKTOR NAIMAN, M.D. and Does 1-50, inclusive,<br><br>    Defendants. | CASE NO. 2:09-cv-02399 KJM-GGH<br><br>**STIPULATION AND ORDER RE: VDRP REFERRAL**<br><br>**Local Rule 271(c)(3)** |

Plaintiff and defendant THE PERMANENTE MEDICAL GROUP, INC., through their respective counsel, (all of whom are collectively referred to as the "Parties") hereby jointly submit the following Stipulation and Order for VDRP Referral.

The Parties stipulate that:

1. They propose to engage in mediation of all issues in this matter under Local Rule 271;

2. The Parties jointly request that the VDRP administrator supply a list of three (3) neutrals from which list the parties will choose one under LR 271(c)(3);

The Parties propose to complete the VDRP Process by September 15, 2011, and

-1-

**STIPULATION AND ORDER RE VDRP REFERRAL**                                                                                          **Page 1**

3. The neutral shall file confirmation of completion of the process with the Court by September 30, 2011.

IT IS SO STIPULATED.

DATED: July_4__, 2011			KAUFMAN DOLOWICH VOLUCK & GONZO LLP

					By:  /s/ Kathleen M. Hurly_____
					     Kathleen Hurly
					     Attorneys for Defendants
					     The Permanente Medical Group
					     Viktor Naiman, M.D.

DATED: July_3_, 2011			MORGAN & ASSOCIATES

					By: /s/ Angela L. Morgan _____
					     Angela L. Morgan
					     Attorneys for Plaintiff Heather Gomes

IT IS SO ORDERED.

DATED:  August 5, 2011.

_____
UNITED STATES DISTRICT JUDGE

-2-

**STIPULATION AND ORDER RE VDRP REFERRAL**                                                   **Page 2**